NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1221

ROBERT JACOBSEN,

Plaintiff-Appellant,

v.

MATTHEW KATZER
and KAMIND ASSOCIATES, INC. (doing business as KAM Industries),

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in case no. 06-CV-1905, Judge Jeffrey S. White.

Before BRYSON, Circuit Judge.

## ORDER

The Software Freedom Law Center moves for leave to file, out of time, a brief amicus curiae in support of the appellant. Matthew Katzer and Kamind Associates, Inc. (Katzer) oppose. The Software Freedom Law Center replies. Robert Jacobsen responds.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motions are granted.

(2)   Katzer's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

__JUN 2 9 2009__
Date

cc:   R. Scott Jerger, Esq.
      Victoria K. Hall, Esq.
      Daniel B. Ravicher, Esq.

s20

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2009

JAN HORBALY
CLERK

2009-1221                                          - 2 -